**SO ORDERED.**

**DONE and SIGNED March 28, 2019.**

_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 18-11439 |
| | § | |
| Kelly Ann Stephenson | § | Chapter 13 |
| | § | |
| Debtor | § | |

## Order Denying (Overruling) Objections to Claims

Before the Court are objections filed by Debtor to the following proofs of claim (collectively the "**Claims**"): (1) Claim No. 5 filed by Ford Motor Credit Company, LLC, (2) Claim No. 2 filed by Cavalry SPV I, LLC as assignee of Capital One Bank (USA), N.A./Direct Merchants Bank and (3) Claim No. 3 filed by Cavalry SPV I, LLC as assignee of Capital One Bank (USA), N.A.

For the reasons set forth in the Memorandum of Decision,

**IT IS ORDERED THAT**:

1. The claim objections filed by Debtor as Docket Nos. 30, 31, 32, are hereby **DENIED** (overruled).

2. The Claims are deemed allowed, as filed.

3. All relief requested by Debtor is hereby **DENIED**.

###